IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JAMES EDWARD ALLEN, | * |
| Plaintiff | * |
| v. | * Case Number: CV207-026 |
| McINTOSH COUNTY, GEORGIA; EUGENE SMITH, Individually and in his official capacity as a McIntosh County Deputy Sheriff; and CHARLES W. JONES, Individually and in his official capacity as Sheriff of McIntosh County, | * |
| Defendants | * |

## CONSENT ORDER, SETTLEMENT AGREEMENT, AND RELEASE IN FULL OF ALL CLAIMS

The Court having been advised by the parties that the above-referenced case has been settled, the Court hereby enters the following Consent Order, Settlement Agreement, and Release In Full of All Claims, as follows:

1. The parties acknowledge that upon receipt of mutual consideration, to be set forth below, the above-referenced case is hereby settled. It is hereby ordered by the Court that in lieu of a judgment in favor of either party, the instant Consent Order, Settlement Agreement, and Release In Full of All Claims shall be entered and its terms complied with by all parties, and counsel, who have appeared in this action.

2. In exchange for the following mutual consideration, both the plaintiff and defendants agree that this matter has been settled:

A. The parties agree that a citizen committee will be established, consisting of Luther Smart, Nathaniel Grovenor, plaintiff James Allen, Rev. Ted Clarkson, and DeCavin Hughes, to participate in the creation of a display featuring pertinent historical documents which relate to the founding of our country, including the Ten Commandments, which meets constitutional standards. There will only be one display in any county public building, and the display will be featured at the McIntosh Courthouse on the first floor hallway.

B. The parties jointly agree to this Consent Order approved by the court, sanctioning the terms of settlement and release among the parties.

C. The parties further agree to a "joint press release" which will be first provided to the Darien News. The press release will read as follows:

> McIntosh County regrets that the prior decision, in 1999, to display the Ten Commandments at various offices in the McIntosh Courthouse, including the Tax Commissioner's office, might be viewed by any citizen as excluding him or her as to religious preference or otherwise. Similarly, the County regrets the display in the Tax Commissioner's office became the focus of a discussion between James Allen, personnel in the Tax Commissioner's office and others that subsequently escalated in intensity and unfortunately and regrettably led to the arrest of Mr. James Allen.
>
> The present Commissioners of the County, acting upon the advice of three separate attorneys, knowledgeable in constitutional law and recent decisions by the United States Supreme Court, have removed the 1999 display as not being in compliance with constitutional requirements as spelled out in two recent United States Supreme Court decisions, decided in 2005.
>
> The parties have agreed to establish a citizen committee consisting of Luther Smart, Nathaniel Grovenor, James Allen, Rev. Ted Clarkson, and DeCavin Hughes to create a display of pertinent historical documents relating to the founding of our country, including the Ten Commandments, which comports with constitutional requirements. The display shall be placed in the McIntosh County Courthouse on the first floor hallway.
>
> James Allen regrets that his expression of what he believes was his First Amendment right of free speech became the foundation for litigation and is pleased with the terms of resolution between and among the parties.

D. The defendants will pay all mediation costs for the mediation of October 29, 2007.

E. On behalf of the defendants, the Association of County Commissioners of Georgia Interlocal Risk Management Agency ("ACCG-IRMA") shall pay to the plaintiff and plaintiff's counsel the sum of $60,000.00 which shall represent payment regarding all claims (whether asserted by the plaintiff in this action or not) possessed by the plaintiff against the defendants through the date of the entry of this order, including claims for all attorney's fees incurred by the plaintiff, and costs of the instant action.

3. In consideration of the foregoing, the receipt of which is hereby acknowledged, JAMES EDWARD ALLEN hereby releases, remises and forever discharges McINTOSH COUNTY, GEORGIA, EUGENE SMITH, individually and in his official capacity as a McIntosh County Deputy Sheriff, and CHARLES W. JONES, individually and in his official capacity as Sheriff of McIntosh County, together with all of their related entities, as well as all agents, servants, independent contractors, officers, or employees, and any predecessors, successors, legal representatives or assigns of the above-listed individuals, entities, and governmental units. Said release, remise and discharge shall be of and from every claim, demand, right or cause of action, or whatever kind or nature, arising from or growing out of the subject matter described in Plaintiff's Complaint and/or Amended Complaint, through and including the date of this order.

The defendants likewise release the plaintiff with respect to any claims that they may have against him arising out of the aforesaid case through the date of this order.

4. The consideration received by the plaintiff is a full, complete and entire consideration for this Consent Order, Settlement Agreement, and Release in Full of All Claims. There is no agreement oral or written, expressed or implied, whereby the plaintiff or his attorneys or other representatives are entitled to receive at any time or in any event or upon the happening of any contingency, any further consideration of any kind from the parties released hereby.

**It is hereby ORDERED that the above-referenced case shall be dismissed WITH PREJUDICE and that this Consent Order, Settlement Agreement, and Release In Full of All Claims be filed by the Clerk of the United States District Court, Southern District of Georgia.**

This 6 of November, 2007.

CONSENTED TO:

_____
Craig T. Jones
Georgia State Bar Number: 399476
Attorney for Plaintiff

EDMOND & JONES, LLP
The Candler Building
127 Peachtree Street, NE, Suite 410
Atlanta, GA 30303
(404) 525-1080
(404) 525-1073
cjones@edmondfirm.com

-4-

BROWN, READDICK, BUMGARTNER
CARTER, STRICKLAND & WATKINS, LLP

_____
Richard K. Strickland
Georgia Bar Number: 687830
Attorney for Defendants

5 Glynn Avenue
Post Office Box 220
Brunswick, GA 31521
(912) 264-8544
(912) 264-9667 FAX
rstrickland@brbcsw.com

SO ORDERED, this ___ day of November, 2007

_____
Hon. Lisa Godbey-Wood, Judge
United States District Court
Southern District of Georgia